UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F. | Defendant(s): | Former Attorney General of the United States, Jefferson Beauregard Sessions III, et al. [See attached for full list of Defendants] |

County of Residence: Outside the State of Arizona    County of Residence: Outside the State of Arizona
County Where Claim For Relief Arose: Santa Cruz

Plaintiff's Atty(s):                                                           Defendant's Atty(s):

**Marty Lieberman**
**ACLU FOUNDATION OF ARIZONA**
**3707 N. 7th Street, Suite 235**
**Phoenix, Arizona  85014**
**(602) 650-1854**

[See attached for full list of Plaintiffs' attorneys]

II. Basis of Jurisdiction:            3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :                1. Original Proceeding

V. Nature of Suit:          440 Other Civil Rights

VI.Cause of Action:        [See attached]

VII. Requested in Complaint
    Class Action: **Yes**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Marty Lieberman

    **Date:** 10/3/2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

**Civil Cover Sheet Attachment**

**I. (a) Defendants / Respondents:**

Former Attorney General of the United States, Jefferson Beauregard Sessions III; Counselor to the Attorney General, Gene Hamilton; Former White House Chief of Staff and Former Secretary of the United States Department of Homeland Security (DHS), John F. Kelly; Senior Advisor to the President, Stephen Miller; Former Secretary of DHS, Kirstjen Nielsen; Acting Secretary of DHS and Former Commissioner of United States Customs and Border Protection (CBP), Kevin K. McAleenan; Acting Commissioner of CBP, Mark Morgan; Former Director of United States Immigration and Customs Enforcement (ICE), Thomas Homan; Former Acting Director of ICE, Ronald Vitiello; Acting Director of ICE, Matthew Albence; Former Director of United States Citizenship and Immigration Services (USCIS), L. Francis Cissna; Chief of CBP U.S. Border Control, Carla Provost; Secretary of the United States Department of Health and Human Services (HHS), Alex Azar; Former HHS Counselor for Human Services Policy, Margaret Wynne; Former Director of the United States Office of Refugee Resettlement (ORR), E. Scott Lloyd; John/Jane Doe DHS Defendants; and John/Jane Does HHS/ORR Defendants.

**I. (c) Attorneys for Plaintiffs / Petitioners:**

Marty Lieberman
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Tel. (602) 650-1854
mlieberman@acluaz.org

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel. (212) 549-2660
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
dgalindo@aclu.org

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel. (212) 790-0403
areinert@yu.edu

Geoffrey R. Chepiga*
Jacqueline P. Rubin*
Emily Goldberg*
Hallie S. Goldblatt*
Steven C. Herzog*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3000
gchepiga@paulweiss.com
jrubin@paulweiss.com
egoldberg@paulweiss.com
hgoldblatt@paulweiss.com
sherzog@paulweiss.com

*Application for admission pro hac vice forthcoming*

**VI. Causes of Action:**

Fourth and Fifth Amendments to the United States Constitution, *Bivens* v. *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and 42 U.S.C. §§ 1985 and 1986.