1  Geoffrey R. Chepiga (admitted *pro hac vice*)
   PAUL, WEISS, RIFKIND,
2  WHARTON & GARRISON LLP
   1285 Avenue of the Americas
3  New York, New York 10019-6064
   212-373-3000
4  gchepiga@paulweiss.com

5

6  **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA**
7

8  A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.;
9  J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.,

**No. 4:19-cv-00481-JAS**

11   Plaintiffs,

12   - v -

13  Jefferson Beauregard Sessions III, Former Attorney General of the United States; Gene
14  Hamilton, Counselor to the Attorney General; John F. Kelly, Former White House Chief of
15  Staff and Former Secretary of the United States Department of Homeland Security (DHS);
16  Stephen Miller, Senior Advisor to the President; Kirstjen Nielsen, Former Secretary of DHS;
17  Kevin K. McAleenan, Acting Secretary of DHS and Former Commissioner of United States
    Customs and Border Protection (CBP); Mark
18  Morgan, Acting Commissioner of CBP; Thomas Homan, Former Director of United States
19  Immigration and Customs Enforcement (ICE); Ronald D. Vitiello, Former Acting Director of
20  ICE; Matthew Albence, Acting Director of ICE; L. Francis Cissna, Former Director of United
21  States Citizenship and Immigration Services (USCIS); Carla Provost, Chief of CBP U.S.
22  Border Control; Alex Azar, Secretary of the United States Department of Health and Human
23  Services (HHS); Margaret Wynne, Former HHS Counselor for Human Services Policy; E. Scott
24  Lloyd, Former Director of the United States Office of Refugee Resettlement (ORR);
25  John/Jane Doe DHS Defendants; and John/Jane Doe HHS/ORR Defendants,

**MOTION TO SEAL DOCUMENTS CONTAINING DEFENDANTS' HOME ADDRESSES**

**LR Civ. 5.6(b)**

**Assigned to the Hon. James A. Soto**

26   Defendants.

At the request of the United States Attorney's Office for the District of Arizona, and pursuant to Rule 5.6(b) of the Rules of Practice of the U.S. District Court for the District of Arizona, Plaintiffs A.I.I.L., et al., hereby respectfully request an order to seal Plaintiffs' summonses and executed affidavits of service that contain Defendants' home addresses so as to protect their privacy. The summonses and executed affidavits of service are listed by ECF document number below:

1. ECF No. 5-2, Filed October 8, 2019
2. ECF No. 5-3, Filed October 8, 2019
3. ECF No. 5-4, Filed October 8, 2019
4. ECF No. 5-5, Filed October 8, 2019
5. ECF No. 5-8, Filed October 8, 2019
6. ECF No. 5-10, Filed October 8, 2019
7. ECF No. 5-12, Filed October 8, 2019
8. ECF No. 5-14, Filed October 8, 2019
9. ECF No. 6, Filed October 9, 2019
10. ECF No. 6-1, Filed October 9, 2019
11. ECF No. 6-2, Filed October 9, 2019
12. ECF No. 6-3, Filed October 9, 2019
13. ECF No. 6-4, Filed October 9, 2019
14. ECF No. 6-7, Filed October 9, 2019
15. ECF No. 6-9, Filed October 9, 2019
16. ECF No. 6-12, Filed October 9, 2019
17. ECF No. 8, Filed October 11, 2019
18. ECF No. 8-1, Filed October 11, 2019
19. ECF No. 9, Filed October 15, 2019
20. ECF No. 9-1, Filed October 15, 2019
21. ECF No. 10-1, Filed November 4, 2019
22. ECF No. 11-1, Filed November 4, 2019
23. ECF No. 12-1, Filed November 4, 2019
24. ECF No. 13-1, Filed November 4, 2019

Plaintiffs request leave to file replacement copies of the documents enumerated above with Defendants' home addresses redacted, and to file redacted copies of any future documents that contain Defendants' home addresses.

A proposed order granting this motion is attached hereto.

Respectfully submitted,

By:   <u>/s/ Geoffrey R. Chepiga</u>

| | |
|---|---|
| Lee Gelernt | Geoffrey R. Chepiga |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Anand Balakrishnan | Jacqueline P. Rubin |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Daniel A. Galindo | Emily Goldberg |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | Hallie S. Goldblatt (admitted *pro hac vice*) Steven C. Herzog (admitted *pro hac vice*) |
| 125 Broad St., 18th Floor | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| New York, NY 10004 | 1285 Avenue of the Americas |
| (212) 549-2660 | New York, NY 10019-6064 |
|  | (212) 373-3000 |
| Alexander A. Reinert | |
| (admitted *pro hac vice*) | |
| 55 Fifth Avenue, Room 1005 | |
| New York, NY 10003 | *Attorneys for Plaintiffs A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.* |
| (212) 790-0403 | |
| | |
| Dated:  November 11, 2019 | |

The foregoing was electronically filed this 11th day of November, 2019, WITH:

Clerk of the Court
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6160
Tucson, AZ 85701

Copy e-mailed to:

The Honorable James A. Soto
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 6160