EXHIBIT A

Geoffrey R. Chepiga
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
212-373-3000
gchepiga@paulweiss.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.,

Plaintiffs,

- v -

Jefferson Beauregard Sessions III, Former Attorney General of the United States; Gene Hamilton, Counselor to the Attorney General; John F. Kelly, Former White House Chief of Staff and Former Secretary of the United States Department of Homeland Security (DHS); Stephen Miller, Senior Advisor to the President; Kirstjen Nielsen, Former Secretary of DHS; Kevin K. McAleenan, Acting Secretary of DHS and Former Commissioner of United States Customs and Border Protection (CBP); Mark Morgan, Acting Commissioner of CBP; Thomas Homan, Former Director of United States Immigration and Customs Enforcement (ICE); Ronald D. Vitiello, Former Acting Director of ICE; Matthew Albence, Acting Director of ICE; L. Francis Cissna, Former Director of United States Citizenship and Immigration Services (USCIS); Carla Provost, Chief of CBP U.S. Border Control; Alex Azar, Secretary of the United States Department of Health and Human Services (HHS); Margaret Wynne, Former HHS Counselor for Human Services Policy; E. Scott Lloyd, Former Director of the United States Office of Refugee Resettlement (ORR); John/Jane Doe DHS Defendants; and John/Jane Doe HHS/ORR Defendants,

Defendants.

No. 4:19-cv-00481-JAS

**AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL® RETURN RECEIPT REQUESTED**

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

TREVOR J. HILL, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2.    On October 10, 2019, I served a true copy of the

- SUMMONS TO STEPHEN MILLER *Senior Advisor to the President*,
- CLASS ACTION COMPLAINT, and
- CIVIL COVER SHEET upon the following:

Stephen Miller

1650 Pennsylvania Avenue

Washington, DC 20502

Stephen Miller

[REDACTED]

[REDACTED]

[REDACTED]

3.    The Defendant served, Stephen Miller, is known to be located outside Arizona but within the United States.

- 1 -

Doc#: US1:12828338v83

4. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid certified mail envelopes, with return receipts requested, and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

5. These documents were in fact received by the Defendant on October 16, 2019 and October 21, 2019, as evidenced by the signed return receipts for certified mail attached hereto. These receipts were received by the serving party on October 28, 2019.

_____
TREVOR J. HILL

Sworn to before me this
29th day of October, 2019
_____
Notary Public

**CHRISTINA M. BLANCO**
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires Feb. 25, 2021

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.50 |
| Return Receipt (Hardcopy) | $ | 2.80 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Postmark Here
OC 10 2019
ROCKEFELLER, NEW YORK, NY 10020-999

Sent to:
Stephen Miller

**Reference Information**
099032.00022-07734

PS Form 3800, Facsimile, July 2015

- 3 -



- 4 -





# USPS Tracking®

FAQs >

### Track Another Package +

Tracking Number: ███████████████

Remove ✕

Your item was delivered at 3:22 am on October 21, 2019 in WASHINGTON, DC 20500.

## ✓ Delivered

October 21, 2019 at 3:22 am
Delivered
WASHINGTON, DC 20500

Get Updates ∨

Feedback

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=███████████████%2C

USPS Tracking®

FAQs ›

Track Another Package +

Remove ✕

**Tracking Number:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Your item was delivered to an individual at the address at 12:43 pm on October 16, 2019 in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

✓ **Delivered**

October 16, 2019 at 12:43 pm
Delivered, Left with Individual
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.