# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

A.I.I.L., et al.,

    Plaintiffs,

v.

Jefferson Beauregard Sessions, III, et al.,

    Defendants.

No. CV-19-00481-TUC-JAS

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Set a Briefing Schedule and Consolidate and Extend Deadlines. No hearing being necessary, and for good cause shown, it is hereby

ORDERED that the parties' joint motion is GRANTED; and it is

FURTHER ORDERED that on or before February 14, 2020, Defendants shall file a consolidated motion to dismiss; that on or before March 31, 2020, Plaintiffs shall file a consolidated opposition to the motion to dismiss; and that on or before May 5, 2020, Defendants shall file a consolidated reply in support of their motion to dismiss.

Dated this _____ day of _____, 20 _____.

_____
Honorable James A. Soto
United States District Judge