## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al., | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Jefferson Beauregard Sessions, III, et al. | ) |
| and the United States of America | ) |
| Defendants | ) |

No. CV-19-00481

## DECLARATION OF SHAWN J. JORDAN

I, Shawn Jordan, declare the following to be based on my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of U.S. Customs and Border Protection ("CBP"), and information supplied to me by current CBP employees:

1. I am employed by CBP as Special Operations Supervisor in Yuma Station, Yuma, Arizona, and have been employed by CBP or a predecessor agency for 22 years.

2. I am currently assigned to the Yuma Border Patrol Station and my responsibilities include managing alien processing and detention operations for Yuma Sector Border Patrol.

3. As part of the duties described above, I am familiar with the Form I-213, which, among other things, is a Record of Deportable/Inadmissible alien.

4. A review of the e3 Prosecutions Module showed that JIS was convicted of Illegal Entry (8 U.S.C. 1325(a)(1)); a search in the Public Access to Court Electronic Records (PACER) confirmed that JIS was sentenced to five days of confinement on 12/27/2017.

1

5. Attached hereto are true and accurate copies of the I-213 for the following individuals, all of whom are plaintiffs in this case to my understanding:

   a.  Individual referred in the Amended Complaint as A.I.I.L. (Attachment 1)

   b.  Individual referred in the Amended Complaint as L.L.H.O. (Attachment 2)

   c.  Individual referred in the Amended Complaint as J.L.V.A. (Attachment 3)

   d.  Individual referred in the Amended Complaint as J.I.S. (Attachment 4)

   e.  Individual referred in the Amended Complaint as J.J.P.B. (Attachment 5)

   f.  Individual referred in the Amended Complaint as A.E.P.F. (Attachment 6)

This declaration comprises two pages, including this one.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this __21st__ day of November 2020.

Shawn J. Jordan

# Exhibit A, Attachment 1

**U.S. Department of Homeland Security**   Subject ID: ▮▮▮▮   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) ▮▮▮▮ | First | Middle | | Sex F | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|---|

| Country of Citizenship **GUATEMALA** | Passport Number and Country of Issue | File Number **CASE No:** ▮▮▮ | | Height **60** | Weight **115** | Occupation **LABORER** | |

| U.S. Address **IN DHS CUSTODY** | | | Scars and Marks **NONE INDICATED** |
|---|---|---|---|

| Date, Place, Time, and Manner of Last Entry **05/25/2018, 1725, 2.5 mile(s) E of SLU, PWA (AFOOT)** | Passenger Boarded at | F.B.I. Number ▮▮▮▮ | ☐ Single  ☐ Divorced  ☒ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence **See Narrative** | | Method of Location/Apprehension **PB** |
|---|---|---|

| Date of Birth **06/06/1992**    Age:**25** | Date of Action **05/26/2018** | Location Code **YUM/YUS** | At/Near **YUMA, AZ** | Date/Hour **05/25/2018 1730** |
|---|---|---|---|---|

| City, Province (State) and Country of Birth **OLINTEPEQUE, QUETZALTENANGO, GUATEMALA** | AR ☒ | Form : (Type and No.) Lifted ☐  Not Lifted ☐ | By ▮▮▮▮ |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry **PWA Mexico** | Status When Found **TRAVEL/SEEKING** |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. **AT ENTRY** |
|---|---|---|

| Immigration Record **NEGATIVE** | Criminal Record **None Known** |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) **See Narrative** | Number and Nationality of Minor Children **2, GUATEMALAN** |
|---|---|

| Father's Name, Nationality, and Address, if Known **See Narrative** | Mother's Present and Maiden Names, Nationality, and Address, if Known **See Narrative** |
|---|---|

| Monies Due/Property in U.S. not in Immediate Possession **None Claimed** | Fingerprinted? ☒ Yes  ☐ No | Systems Checks **See Narrative** | Charge Code Words(s) **I7A1** |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative or criminal violation. Indicate means and route of travel to interior.)

```
FINS #: ▮▮▮▮              I77 #: ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮



ARREST COORDINATES:
------------------
Latitude:  32.48331          ▮▮▮▮▮▮
Longitude: -114.77539

CONSEQUENCE DELIVERY SYSTEM:
---------------------------
Classification: FIRA
```

**Border Patrol Agent**

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: **ORIGINAL TO A-FILE COPY TO YUM COPY TO WEL** | Received: (Subject and Documents) (Report of Interview) Officer: ▮▮▮▮  on: **May 26, 2018 at 1507** ( time ) Disposition: **Expedited Removal** ▮▮▮▮  Examining Officer: ▮▮▮▮ |
|---|---|

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213 _____

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████████ | ███████████<br>**Event No:** ████████ | 05/26/2018 |

FOREIGN ADDRESS:
----------------
DOMICILIO CONOCIDO   OLINTEPEQUE, QUETZALTENANGO, GUATEMALA
DOMICILIO CONICIDO   OLINTEPEQUE, QUETZALTENANGO, GUATEMALA

SPOUSE NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA ████████████████

OLINTEPEQUE, QUETZALTENANGO, GUATEMALA

FATHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA ████████████████
DOMICILIO CONOCIDO
OLINTEPEQUE, QUETZALTENANGO, GUATEMALA

MOTHER NAME AND ADDRESS:
------------------------
Nationality:GUATEMALA ████████████████
DOMICILIO CONOCIDO
OLINTEPEQUE, QUETZALTENANGO, GUATEMALA

FUNDS IN POSSESSION:
--------------------
United States Dollar .00

RECORDS CHECKED:
----------------
████████████
██████████
█████████████
██████████

NARRATIVE:
----------
Immigration History: Subject has no immigration history.

Criminal History: Subject has no criminal history.

A# ███████████
FBI # ██████████
FINS: ███████████

| Signature | Title |
|---|---|
| ████████████ | Border Patrol Agent |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████ | █████████<br>**Event No:** ██████████ | 05/26/2018 |

**NARRATIVE:**

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), 8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section 212(a)(7)(A)(i)(I) of the Act, as amended, and therefore are subject to removal, in that: you are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

███████████████ was 1 of 37 apprehended on May 25th, 2018 by Border Patrol Agent (BPA) ████████████. After questioning ██████, BPA ████████ determined ████ to be a National and a citizen of Mexico without any immigration documents that would allow her to enter, reside, or work in the United States legally. ████ was then transported to the United States Border Patrol Station in Wellton, Arizona for processing.

Upon arrival to the Wellton Border Patrol Station, ████'s biographical information was entered into the E3 system, and her ten fingerprints were electronically enrolled into the (Next Generation Identification) NGI system. ████ was assigned Alien Registration Number A# ███████████, and the FBI Identification number ███████████.

BPA ██████████ advised ██████ of her Miranda Rights in the Spanish language as per Service Form I-214 (Notice of Rights). ███████ stated that she understood her rights and that she was willing to answer questions without the presence of a lawyer. ████████ confirmed that she waived her rights by signing both forms in the appropriate places.

When questioned, ██████ stated that she is a citizen of Guatemala, and that she has never been a citizen or national of any other country. ██████ also stated that her parents are also Guatemalan citizens and have never been citizens of any other country. ████████ stated that her true and correct name is ████████████████ and that she was born in Guatemala. I asked ██████ if she had ever applied for or received any type of legal immigration status in the United States, and she said, "no".

███████ stated she left Guatemala on May 19th, 2018 and that she crossed the border of Guatemala and Mexico on a bus. ████████ stated that her trip lasted 6 days.

███████ stated that she left Guatemala on May 19th, 2018. █████████ stated that they illegally crossed the border from La Mesilla, Guatemala to Ciudad Cuauhtemoc, Chiapas, Mexico. They took a bus from Ciudad Cuauhtemoc, Chiapas to San Luis Rio Colorado, Sonora, Mexico. ████████ stated that the duration of her trip lasted 6 days.

I asked ███████ how she last entered the United States and she stated that she crossed the International Boundary between the United States of America and the Country of Mexico on May 25th 2018. I asked ██████ if she knew it was illegal to enter the United States in this manner, and she stated that she knew it was.

███████ was advised of her right to speak to a Guatemalan Consular Officer in the Spanish language. ███████ stated that she understood this right and declined to speak with a

| Signature | Title |
|---|---|
| ████████████████ | **Border Patrol Agent** |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████████████ | ██████ | 05/26/2018 |
| | **Event No:** ████████████ | |

Guatemalan Consular Official. ████████████████████████████████ native language is Spanish. The entirety of the interview was conducted in Spanish.

████ stated that she has no immigration petitions pending nor have any been filed on her behalf. ████ appears and states that she is in good health.

████ is being held in DHS custody pending prosecution for violations of 8 USC 1325(A) (1).

████ is being held under Service custody pending removal proceedings. ████ will be issued an Expedited Removal as per Section 235(b)(1)(A)(iii) of the INA. ████ was apprehended within fourteen days of her last entry into the United States and within 100 air miles from the United States / Mexico international boundary.

| Signature | Title |
|---|---|
| ████████████ | Border Patrol Agent |

_____ 4 of ____ 4 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit A, Attachment 2

| | SIGMA Event: ▓▓▓▓▓ | | |
| U.S. Department of Homeland Security | Subject ID : ▓▓▓▓▓ | **Record of Deportable/Inadmissible Alien** | |

| Family Name (CAPS) ▓▓▓▓▓ | First | Middle | | Sex **F** | Hair **BRO** | Eyes **BRO** | Cmplxn **LBR** |
|---|---|---|---|---|---|---|---|
| Country of Citizenship **EL SALVADOR** | Passport Number and Country of Issue | File Number **Case No:** ▓▓▓▓ | | Height **60** | Weight **185** | Occupation | |
| U.S. Address ▓▓▓▓▓▓▓ | | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry **12/22/2017, NOG, 1535, A FOOT** | | Passenger Boarded at **NOGALES AZ** | | F.B.I. Number ▓▓▓▓▓ | | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated | |
| Number, Street, City, Province (State) and Country of Permanent Residence **DOMICILIO CONOCIDO S/N   ZACATECOLUCA, EL SALVADOR** | | | | Method of Location/Apprehension **ISP** | | | |
| Date of Birth **08/25/1987**        Age: **30** | Date of Action **12/23/2017** | Location Code **PHO/NOG** | | At/Near **NOG** | | Date/Hour **12/22/2017 1535** | |
| City, Province (State) and Country of Birth **ZACATECOLUCA,N/A,EL SALVADOR** | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number **None** | Social Security Account Name **None** | | | Status at Entry **No Documents** | | Status When Found **TRAVEL/SEEKING** | |
| Date Visa Issued **None** | Social Security Number **None** | | | Length of Time Illegally in U.S. **AT ENTRY** | | | |
| Immigration Record **NEGATIVE - See Narrative** | | Criminal Record **None Known** | | | | | |
| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) ▓▓▓▓, **NATIONALITY: EL SALVADOR** | | | Number and Nationality of Minor Children **1/F** | | | | |
| Father's Name, Nationality, and Address, if Known ▓▓▓▓ **NATIONALITY: EL SALVADOR** | | Mother's Present and Maiden Names, Nationality, and Address, if Known ▓▓▓▓ **NATIONALITY: EL SALVADOR** | | | | | |
| Monies Due/Property in U.S. not in Immediate Possession **None Claimed** | Fingerprinted? ☒ Yes ☐ No | Systems Checks **See Narrative** | Charge Code Words(s) **See Narrative** | | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | | |

Narrative (Outline particulars under which alien was located/apprehended.  Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation.  Indicate means and route of travel to interior.)

FINS: ▓▓▓▓▓

Left Index fingerprint                    Right Index fingerprint

RECORDS CHECKED
---------------
▓▓▓▓

CHARGE CODES
...(CONTINUED ON I-831)

CBP Officer

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received:  (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer: ▓▓▓▓▓ |
| | on:  **December 23, 2017** _____ (time) |
| | Disposition:  **Notice to Appear Detained (I-862)** |
| | Examining Officer: ▓▓▓▓▓ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    Continuation Page for Form ___I213___

| Alien's Name | File Number ▨ | Date |
|---|---|---|
| ▨ | SIGMA Event: ▨ | 12/22/2017 |
| | Event No: ▨ | |

```
------------
I7A1


SECTION CODES
------------
212a7AiI
```

***Addendum Added by Deportation officer ▨ on December 26, 2017***

Subject separated from daughter due to EL SAL FBI hit on crim history for Illicit Trafficking. Subject taken into ICE custody - ▨ .

***End Addedndum***

On December 22, 2017 at 1535 hrs, the subject (▨), accompanied by her juvenile child, applied for admission to the U.S. from Mexico at the DeConcini Port of Entry, Nogales, Arizona. The subject, nor her child, possess any valid entry documents and stated she and her child ▨

Pat-down search of the subject was completed by CBPO ▨, witnessed and approved by SCBPO ▨

Sworn statement taken.

Immigration History:  Subject was denied a Visa in July 2017.
Criminal History:  Negative

Subject states no medical conditions, no medication for her nor her child and she is not pregnant.

Subject accepted to make a third party notification, and declined to speak to El Salvadorian Consulate.

Forms ▨ were explained, served and completed.

▨ is inadmissible pursuant section 212 (a) (7) (A) (i) (I) of the INA and was processed for a Notice to Appear▨ with concurrence of the shift supervisor.  I-862 was served and subject was provided with a list of free legal services.  Subject and her child were detained and turned over to ICE/ERO.


U.S. Point of Contact:

▨

| Signature | Title |
|---|---|
| ▨ | CBP Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit A, Attachment 3

**U.S. Department of Homeland Security**          Subject ID: ████████          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex **M** | Hair **BLK** | Eyes **BRO** | Cmplxn **MED** |
|---|---|---|---|---|---|---|
| ████████ | | | | | | |

| Country of Citizenship **HONDURAS** | Passport Number and Country of Issue | File Number **CASE No:** ████ | Height **64** | Weight **148** | Occupation **LABORER** |
|---|---|---|---|---|---|

**U.S. Address**
**UNKNOWN TRENTON, NEW JERSEY**

Scars and Marks
**NONE VISIBLE**

| Date, Place, Time, and Manner of Last Entry **06/04/2018, 0848, 1.46 mile(s) W of PDN, PWA (AFOOT)** | Passenger Boarded at |
|---|---|

F.B.I. Number ████████          ☐ Single   ☐ Divorced   ☒ Married   ☐ Widower   ☐ Separated

| Number, Street, City, Province (State) and Country of Permanent Residence **CALLE SIN NOMBRE CASA SIN NUMERO TOCOA, COLON (HONDURAS), HONDURAS** | Method of Location/Apprehension **PB** |
|---|---|

| Date of Birth **07/06/1977**     Age:**40** | Date of Action **06/04/2018** | Location Code **EPT/EPS** | At/Near **El Paso, TX** | Date/Hour **06/04/2018 0850** |
|---|---|---|---|---|

| City, Province (State) and Country of Birth **TOCOA, COLON (HONDURAS), HONDURAS** | AR ☒   Form s: (Type and No.) Lifted ☐   Not Lifted ☐ | By |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry **PWA Mexico** | Status When Found **TRAVEL/SEEKING** |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. **AT ENTRY** |
|---|---|---|

| Immigration Record **NEGATIVE** | Criminal Record |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) **See Narrative** | Number and Nationality of Minor Children **ONE HONDURAN NATIONAL** |
|---|---|

| Father's Name, Nationality, and Address, if Known **See Narrative** | Mother's Present and Maiden Names, Nationality, and Address, if Known **See Narrative** |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession **None Claimed** | Fingerprinted? ☒ Yes   ☐ No | Systems Checks **See Narrative** | Charge Code Words(s) **I9A2** |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary          Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ████████

███████████████

```
ARREST COORDINATES:
-------------------
Latitude:   31.76138
Longitude:  -106.50871

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA
```

████████████
**Border Patrol Agent**
_____
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges          _____ (Date)(Initials)

| Distribution: **A File** **SECTOR PROSECUTION OFFICE** **Station Copy** | Received: (Subject and Documents) (Report of Interview) |
|---|---|

Officer: ████████████
on: **June 04, 2018 at 0922** _____ ( time )
Disposition: **REINSTATEMENT OF DEPORT ORDER I-871**
Examining Officer: ██████████████

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security**     **Continuation Page for Form** _____ I213 _____

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████████████ | ████████████<br>Event No: ████████████ | 06/04/2018 |

```
Program:         STR_PROS


SPOUSE NAME AND ADDRESS:
------------------------
Nationality:HONDURAS  ████████████████████
CALLE SIN NOMBRE CASA SIN NUMERO
TOCOA, COLON (HONDURAS), HONDURAS

FATHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS  ██████████
CALLE SIN NOMBRE CASA SIN NUMERO
TOCOA, COLON (HONDURAS), HONDURAS

MOTHER NAME AND ADDRESS:
-----------------------
Nationality:HONDURAS  ██████████
CALLE SIN NOMBRE CASA SIN NUMERO
TOCOA, COLON (HONDURAS), HONDURAS

RECORDS CHECKED:
----------------
███████████████
███████████████
███████████████
███████████████
███████████████

NARRATIVE:
----------
US Point of Contact
NAME:  ███████████████████
ADDRESS: unknown address in Trenton, New Jersey
PHONE # ████████████████
Several attempts were made to make contact with U.S. point of contact, with no avail.

ACCOMPANYING FAMILY MEMBERS:
NAME:████████████████████████  DOB: 10/18/2010 (Daughter) A#███████████

TRAVEL DATA:
████████████████████████ did not provide an travel information for him or his minor
child.
```

| Signature | Title |
|---|---|
| ████████████████ | Border Patrol Agent |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____

I213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████████ | ██████████ | 06/04/2018 |
| | Event No: ██████████ | |

**ENTRY DATA:**

████████████████████ and his minor daughter illegally entered the United States on June 4, 2018 by walking across the Rio Grande River at approximately 0848 hours. The area where ████████████████ and his minor daughter, ████████████, crossed is approximately 1.46 miles west of the Paso Del Norte Port of Entry. This area is not designated as a Port of Entry by an Immigration Officer of the United States; therefore, ████████████████ and his minor daughter, ████████████████, were not then inspected, admitted or paroled into the United States by an Immigration Officer of the United States.

**ARREST DATA:**

On June 4, 2018, Border Patrol Agent (BPA) ████████████████ was assigned to a forward deployment position north of the Rio Grande River at Headgates. The Rio Grande River serves as the international boundary between the United States and Mexico in that area. At approximately 0848 hours, BPA ████████ observed eleven subjects cross the Rio Grande River south of his position. BPA ████████ responded to the area, approached the subjects and identified himself as a United States Border Patrol Agent. BPA ████████ questioned the subjects as to their citizenship and right to be, remain, or enter the United States legally. It was determined that all eleven subjects, to include ████████████████ and his minor daughter, ████████████████, were citizens of Honduras and were present in the United States without immigration documents.

At approximately 0850 hours, BPA ████████ placed all subjects under arrest for being in the United States illegally. All subjects were transported to the Paso Del Norte Processing Center (PDT) for further investigation and processing.

At the processing center, ████████████████ was enrolled into the E3/NGI/IDENT systems using his biographical and biometric information. E3/NGI/IDENT systems revealed that ████████████████ has negative criminal and positive immigration history. ████████ minor daughter, ████████████, was enrolled into the e3 system, utilizing her biographical information due to her age. Records checks were run through El Paso Sector communications, which confirmed the above results.

████████████████ was presented with Form I-214 Notice of Rights. ████████ ████████████ acknowledged that he understood by signing the form. ████████ ████████████ invoked his right to legal representation.

**IMMIGRATION HISTORY:**
08/30/2005 USBP Laredo, Texas
CHARGE: Illegal Entry
DISPO: Ordered Removed on 09/14/2005
CRIMINAL HISTORY: NONE
WANTS/WARRANTS: None

**DISPOSITION:**
████████████████ was processed for a Reinstatement of a Prior Order of Removal and transported to the El Paso County Detention Facility pending prosecution.

| Signature | Title |
|---|---|
| ████████████ | Border Patrol Agent |

**U.S. Department of Homeland Security**          **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████████ | ██████ ████ | 06/04/2018 |

AUSA ████████ was contacted and briefed as to the particulars of the case. AUSA ████ accepted prosecution on ██████████████████ for 8 USC 1326 Illegal Re-Entry. ███████████████████ was served and provided copies of administrative charging documents.

Due to the current guidelines and the prosecution approval of the parent, the minor child was separated and processed as an unaccompanied juvenile and will be transported to the Clint Border Patrol Station pending juvenile placement. Additionally, the minor child viewed the UAC video while processing.

███████████████ was advised of his right to speak with a consulate representative of Honduras, which was notified via fax.

███████████████ claims that he and the minor child are in good health and are fluent in the Spanish language.

████████████████████████████████████████████ ███████████████.

███████████████ retains no) property with the United States Border Patrol.

Personal identification documents will be attached to the A file.

| Signature | Title |
|---|---|
| ███████ | Border Patrol Agent |

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit A, Attachment 4

| U.S. Department of Homeland Security | Subject ID: ■■■■■ | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) ■■■■■ | First | Middle |
|---|---|---|

| Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|
| M | BLK | BRO | MED |

| Country of Citizenship GUATEMALA | Passport Number and Country of Issue | File Number CASE No: ■■■■ |
|---|---|---|

| Height | Weight | Occupation |
|---|---|---|
| 60 | 113 | LABORER |

**U.S. Address**
IN DHS CUSTODY

Scars and Marks
**NONE INDICATED**

| Date, Place, Time, and Manner of Last Entry 12/24/2017, 0900, 14 mile(s) NE of SLU, PWA(AFOOT) | Passenger Boarded at | F.B.I. Number ■■■■ |
|---|---|---|

☒ Single   ☐ Divorced  ☐ Married
☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence
**SAN JUAN ATITAN, HUEHUETENANGO, GUATEMALA**

Method of Location/Apprehension
**PB**

| Date of Birth 12/26/1990      Age:26 | Date of Action 12/24/2017 | Location Code YUM/YUS | At/Near SAN LUIS, AZ | Date/Hour 12/24/2017 0910 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth SAN JUAN ATITAN, HUEHUETENANGO, GUATEMALA | AR ☒  Form a: (Type and No.) Lifted ☐ Not Lifted ☐ | By ■■■■ |
|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record POSITIVE - See Narrative | Criminal Record None Known |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children 2 GUATEMALAN |
|---|---|

| Father's Name, Nationality, and Address, if Known See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I6A |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary          Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended.  Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation.  Indicate means and route of travel to interior.)

FINS #:■■■■■          I77 #:■■■■

ARREST COORDINATES:
-------------------
Latitude:   32.70468
Longitude: -114.72791

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

**BORDER PATROL AGENT**

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution:

Original to A file
Copy to Sector | Received:  (Subject and Documents)  (Report of Interview)

Officer: ■■■■■

on: December 24, 2017 at 1747          ( time )

Disposition: REINSTATEMENT OF DEPORT ORDER I-871

Examining Officer: ■■■■■ |
|---|---|

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████████████ | ████████████ | 12/24/2017 |
| | Event No:████████████ | |

```
Program:          STR_PROS


FATHER NAME AND ADDRESS:
-----------------------
Nationality:██████████████████

SAN JUAN ATITAN, HUEHUETENANGO, GUATEMALA

MOTHER NAME AND ADDRESS:
-----------------------
Nationality:████████████████

SAN JUAN ATITAN, HUEHUETENANGO, GUATEMALA

FUNDS IN POSSESSION:
-------------------
Mexican Peso .00
United States Dollar .00

RECORDS CHECKED:
         ----
████████████████
████████████████
████████████████
████████

NARRATIVE:
----------
IMMIGRATION HISTORY:
A#██████████████
FBI#████████████

████████████████ has been apprehended by the Department of Homeland Security on 1
other occasion.  He was ordered REMOVED by a Designated Official on 01/07/15 in Tucson,
Arizona.  Last REMOVED through Phoenix, Arizona via airplane on 01/23/15.

CRIMINAL HISTORY: (See Attached Documents)

NARRATIVE:

Per the field I-213 on 12/24/2017, at approximately 0910 hours, while conducting line watch
duties near San Luis, Port of Entry, Agent ██████████ encountered ██████████████ approximately
14 miles north east of the San Luis, Arizona Port of Entry.
```

| Signature | Title |
|---|---|
| ██████████████ | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security      **Continuation Page for Form** _____

I213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████████████ | ████████████████ <br> **Event No:** ████████ | **12/24/2017** |

Based upon the information on the field I-213, Agent ████████ determined that ████████ is a citizen and national of Guatemala illegally in the United States. At that time, ████████ was taken into custody and transported to the Yuma, Arizona Border Patrol Station for further processing.

At the Station ████████'s biographical information, fingerprints, and photo were submitted into all available databases.

On 12/24/2017, at approximately 1800 hours, I encountered ████████████████ while performing assigned processing duties at the Yuma Border Patrol Station. On 12/24/2017, at 1845 hours I advised ████ of his Miranda Rights in the Spanish language. ████ stated that he understood his rights and waived his rights to have an attorney present during questioning at 1845 hours. Agent ████████ witnessed that advisement and waiver of rights as per form I-214. ████ stated that he was willing to answer questions without a lawyer present. ████ was notified of his right to speak to an official from the Guatemala Consulate and stated that he does not wish to speak to an official from the Guatemalan Consulate. ████ was not read his I-214 Miranda Rights within six hours due to case load at Yuma, Arizona Border Patrol Station Processing Center.

At the station the biographical information, fingerprints, and photo of ████ were submitted into all available databases. ████ admitted that his true and correct name is ████████████. ████ stated that he was born in San Juan Atitan, Huehuetenango, Guatemala. ████ stated that he is a citizen and national of Guatemala and does not possess any immigration documents that would allow him to enter or remain in the United States legally. ████ has never been a citizen or national of any other country. ████ stated that both his father and mother were born in Guatemala and they are both citizens of Guatemala.

████ stated that he crossed into the United States illegally afoot on or about 12/24/17 en route to Phoenix, Arizoan to live and work. ████ stated that he was well aware that crossing the border in the manner in which he did was illegal. ████ stated that he intentionally crossed the border approximately 14 miles north east of the San Luis, Arizona Port of Entry.

████ has not applied with the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to enter the United States since his last REMOVAL.

████ admitted to the above listed immigration and criminal histories.

████ stated that he was ordered removed by a Designated Official on 01/07/15 in Tucson, Arizona. ████ was last removed on 01/23/15 through Phoenix, Arizona via airplane.

████████████████████████████████████████████.

████ was advised of his right to speak to his Consulate Office. ████ declined his right to speak with a Consulate Official.

| Signature | Title |
|---|---|
| ████████ | **BORDER PATROL AGENT** |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**          **Continuation Page for Form** _____ I213 _____

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████████ | ███████████  **Event No:** ████████ | 12/24/2017 |

████  is being presented for prosecution/removal for violations of 8 USC 1326 (re-entry after deportation), 8 USC 1325 (entry of alien at improper time or place), and 8 USC 1182 (removal proceedings of alien inadmissibility under section 212).

| Signature | Title |
|---|---|
| ██████████ | BORDER PATROL AGENT |

_____ 4 _____ of ___ 4 ___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit A, Attachment 5

**U.S. Department of Homeland Security**   Subject ID: ██████████   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ████████ | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| HONDURAS | | CASE No: ████████ | | 63 | 135 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| PORT ISABEL DETENTION CENTER 27991 BUENA VISTA BLVD LOS FRESNOS, TEXAS, 78566 | NONE VISIBLE |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | |
|---|---|---|
| 05/15/2018, 2020, 8.96 mile(s) W of HID, PWAM / RAFT | | F.B.I. Number ████ |

F.B.I. Number: ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| See Narrative | PB |

| Date of Birth | Age:30 | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 07/25/1987 | | 05/19/2018 | RGV/MCS | HIDALGO, TX | 05/15/2018 2140 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| BALFATE, COLON (HONDURAS), HONDURAS | | ████ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 2 HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I9A2 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative or criminal violation. Indicate means and route of travel to interior.)

```
FINS #:██████████          I77 #:████████
```



```
ARREST COORDINATES:
-------------------
Latitude:   26.13493
Longitude: -97.31408

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
 Classification: SOTA

Program:     GPI/HPI
```

BORDER PATROL AGENT

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents)   (Report of Interview) |
|---|---|
| TO FILE RGV/CPC STATS | Officer: ████ <br> on: **May 19, 2018 at 1233** ( time ) <br> Disposition: **REINSTATEMENT OF DEPORT ORDER I-871** <br> Examining Officer: ████████ |

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security**          **Continuation Page for Form** _____ I213 _____

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████████ | ████████  Event No: ████████ | 05/20/2018 |

```
OTHER ALIASES KNOWN BY:
------------------------
████████████████████


FOREIGN ADDRESS:
------------------------
ALDEA DIAMANTE DECION   JUTIAPA, ATLANTIDA, HONDURAS
ALDEA DIAMANTE DECION   JUTIPA, ATLANTIDA, HONDURAS

FATHER NAME AND ADDRESS:
----------------------
Nationality:HONDURAS  ████████████
████████████████
JUTIAPA, ATLANTIDA, HONDURAS


MOTHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS  ██████████████████████
████████████████
JUTIAPA, ATLANTIDA, HONDURAS


FUNDS IN POSSESSION:
------------------------
United States Dollar      15.00


RECORDS CHECKED:
                   --
████████████
████████████
████████████
████████████


NARRATIVE:
----------
IMMIGRATION HISTORY: See records.
```

| Signature | Title |
|---|---|
| ████████████ | BORDER PATROL AGENT |

_____ 2 _____ of _____ 3 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security          **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████ | ████████████  Event No:██████████ | 05/20/2018 |

**CRIMINAL HISTORY:** No Criminal History

**ENCOUNTER:**
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol Sector. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien whom illegally entered the United States, the subject was arrested and transported to the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas for further processing.

**IMMIGRATION/CRIMINAL VIOLATION:**
At the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights and agreed to answer questions and give a sworn statement. The subject claimed to be citizen and national of Mexico without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry. Records establish that and subject also admitted to having a prior order of removal.

**CONSULAR NOTIFICATION:**
The subject was notified of the right to communicate with a consular officer from Honduras as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with anyone at this time. Furthermore, the subject ████████████████████████████████████████████ ██████████████████████████.

**DISPOSITION:**
The subject was processed for Reinstatement of Prior Order of Removal as per section 241(a)(5) of the Immigration and Nationality Act. The subject was served with Forms I-871, I-294 and I-205. Form I-215 was read and explained to the subject, in the Spanish Language. The subject understood these rights, and agreed to answer questions at this time.

The subject states that he has no long term medical condition. The subject claims that that he does speak fluent Spanish.

The processing of this subject was conducted via video conference by Border Patrol Agent ████ ████████ at the Indio Border Patrol Station. The subject and witness, Border Patrol Agent ████████████, were present at the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas.

| Signature | Title |
|---|---|
| ███████████ | BORDER PATROL AGENT |

_____3___ of __3___ Pages

# Exhibit A, Attachment 6

**U.S. Department of Homeland Security**   Subject ID: ███████   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex **M** | Hair **BLK** | Eyes **BRO** | Cmplxn **MED** |
|---|---|---|---|---|---|---|---|

| Country of Citizenship **HONDURAS** | Passport Number and Country of Issue | File Number **CASE No:** ███████ | Height **38** | Weight **48** | Occupation **STUDENT** |
|---|---|---|---|---|---|

U.S. Address
███████████████████████

Scars and Marks **NONE VISIBLE**

| Date, Place, Time, and Manner of Last Entry **05/15/2018, 2020, 8.96 mile(s) W of HID, PWAM RAFT** | Passenger Boarded at |
|---|---|

F.B.I. Number ████
☒ Single   ☐ Divorced   ☐ Married   ☐ Widower   ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence **JUTICALPA, ATLANTIDA, HONDURAS**

Method of Location/Apprehension **PB**

| Date of Birth **05/03/2012**   Age:**6** | Date of Action **05/17/2018** | Location Code **RGV/MCS** | At/Near **HIDALGO, TX** | Date/Hour **05/15/2018 2140** |
|---|---|---|---|---|

| City, Province (State) and Country of Birth **JUTICALPA, ATLANTIDA, HONDURAS** | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By ████████ |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry **PWA Mexico** | Status When Found **IN TRAVEL** |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. **AT ENTRY** |
|---|---|---|

| Immigration Record **NEGATIVE** | Criminal Record **None Known** |
|---|---|

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known **See Narrative** | Mother's Present and Maiden Names, Nationality, and Address, if Known **See Narrative** |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession **None Claimed** | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) **I6A** |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended.  Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation.  Indicate means and route of travel to interior.)

```
                        I77 #: ████████



   ARREST COORDINATES:
   ------------------
   Latitude:   26.13493
   Longitude: -97.31408


   CONSEQUENCE DELIVERY SYSTEM:
   ---------------------------
   Classification: FIRA

                         ████████████████████


   FATHER NAME AND ADDRESS:
   -----------------------
   Nationality:HONDURAS  ████████
   SAS
   JUTICALPA, ATLANTIDA, HONDURAS
```

**BORDER PATROL AGENT**
_____
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges | _____ (Date/Initials) |
|---|---|

| Distribution: **TO FILE** **RGV/CPC** **STATS** | Received: (Subject and Documents) (Report of Interview) |
|---|---|

Officer: ████████
on: **May 17, 2018 at 0700** ( time )
Disposition: **Warrant of Arrest/Notice to Appear**
Examining Officer: ████████

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████████████ | ████████████<br>Event No:█████████ | 05/17/2018 |

```
MOTHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS    ██████████████
SAS
JUTICALPA, ATLANTIDA, HONDURAS



UNACCOMPANIED JUVENILE:
-----------------------
████████████████████████████


FUNDS IN POSSESSION:
-----------------------
            .00



NARRATIVE:
----------
UAC WA/NTA of Tender Age

DUE TO THE CHILD BEING OF TENDER AGE, ALL TRAVEL AND CROSSING INFORMATION WAS OBTAINED
FROM: █████████████████████  (FATHER) via telephone)


IMMIGRATION HISTORY: (No prior immigration history)

CRIMINAL HISTORY: (No prior criminal history)

ENCOUNTER:
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol
Sector.  A Border Patrol Agent determined this subject had unlawfully entered the United
States from Mexico, at a time and place other than as designated by the Secretary of the
Department of Homeland Security of the United States.  After determining that the subject
was an alien whom illegally entered the United States, the subject was arrested and
transported to the Rio Grande Valley Combined Processing Center, McAllen Texas for further
processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION/CRIMINAL VIOLATION:
At the Rio Grande Valley Combined Processing Center, the subject's father on behalf of the
child was advised of the administrative rights in removal proceedings.  The subject's
father acknowledged on behalf of the child understanding these rights.  The subject's
father claimed the child to be a citizen and national of Honduras without the necessary
legal documents to enter, pass through, or to remain in the United States.  The subject's
father also admitted that the child illegally crossed the international boundary without
being inspected by an immigration officer at a designated Port of Entry.
```

| Signature | Title |
|---|---|
| ██████████████ | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**  **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████████████ | ███████████████ | 05/17/2018 |
| | Event No: ██████████ | |

**CONSULAR NOTIFICATION:**
The subject's father on behalf of the child was notified of the right to communicate with a consular officer from Honduras as per Article 36(a)(b) of the Vienna Convention of Consular Relations.  The subject's father on behalf of the child acknowledged understanding the right to speak with a Consular Officer.  Furthermore, the subject's father on behalf of the child ███████████████

**DISPOSITION:**
The subject was processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i) of the Immigration and Nationality Act.  All forms were served upon conservator on child's behalf. Forms I-200, I-862, I-286, and the List of Free Legal Service Providers.

**ADDITIONAL INFORMATION**
1.  Location of immediate family:
Subject's father stated that the child's family is in the United States.

2.  Name, address, phone numbers and relationship of any relatives or friends in the United States or contiguous territory;
Subject's father ████████████████████ stated that they were going to Washington D.C. to reside with his cousin ████████████, but was unable to contact at ████████ to get an address.

3)  Type of locale in country where juvenile was raised (suburban, rural, urban, etc.);
Urban.

5.  Length of time in transit, from home to the United States:
Ten days.

6.  Route of travel (e.g., countries, length of time spent in each, status in each, date of arrival at border, etc.)
Subject's father stated that the child left his home country of Honduras 10 days ago. The child then entered Mexico illegally via bus the following day. The child traveled for several days via bus ride to get to Reynosa, Tamaulipas, Mexico. The child spent the majority of her time in Reynosa waiting to be sent over to the United States.  The child then entered illegally into the United States on May 15, 2018.

7.  Destination in the United States;
Subject's father stated that the child was traveling to Washington D.C.

8.  Person whom juvenile was to contact in the United States and phone number (indicate if contact has been established and who was contacted);
Subject's father stated that the child was to contact his cousin at ███████████.

9.  Present funds and anticipated method of support;

| Signature | Title |
|---|---|
| ██████████ | BORDER PATROL AGENT |

**U.S. Department of Homeland Security**       **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████ | ██████ | 05/17/2018 |
|  | Event No: ██████ |  |

Subject's father stated that the child has no money on his person.

10.  If smuggled, the arrangement made;
Subject's father stated that the child did not know of any arrangements made.

11.  The health of the juvenile:  are there any health problems admitted?
Subject's father stated that the child is in good health and is not requesting any medical attention.

█████████████████████████████████
███████

13.  Juvenile's language skill;
Subject's father stated that the child reads, writes, and understands the Spanish language.


United States Point of Contact:
Name: ██████████
Relationship: COUSIN
Phone #: ██████████
ADDRESS: UNKNOWN (WASHINGTON D.C.)

The subject was traveling with his father, ████████████████, but will be separated as part of the ZERO TOLERANCE INITIATIVE.  The father will be referred to the RGV Prosecution Unit for further processing. Requesting local RGV placement for the subject, pending father's final disposition.

| Signature | Title |
|---|---|
| ██████ | BORDER PATROL AGENT |

_____ of _____ Pages    4 of 4

Form I-831 Continuation Page (Rev. 08/01/07)