Jacqueline P. Rubin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jrubin@paulweiss.com

Lee Gelernt (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorneys for Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.I.I.L., et al., <br><br> Plaintiffs, <br><br> - v - <br><br> Jefferson Beauregard Sessions III, et al., <br><br> Defendants. | No. CV-19-00481-TUC-JCH <br><br> **MOTION TO HOLD ACTION IN ABEYANCE** <br><br> **(First Request)** |

Plaintiffs respectfully move the Court for an order holding this entire action in abeyance for a period of sixty (60) days. Plaintiffs have conferred with counsel for the Defendants, and the request for an abeyance is joined by Defendant the United States of America as to the claims asserted against it, and is opposed by the Individual Defendants as to the claims against them. The motion is based on the following grounds.

1. Plaintiffs have brought claims under the Federal Tort Claims Act (FTCA) against the United States and claims against the Individual Defendants under *Bivens* and 42 U.S.C. §§ 1985 and 1986.

2. Plaintiffs and the United States are engaged in settlement discussions on the FTCA claims. In order to more fully focus their attention on these settlement efforts, Plaintiffs, with the United States' consent, request that this Court hold in abeyance for a period of sixty (60) days the United States' pending motion to dismiss the FTCA claims against it, and all proceedings and case deadlines for the FTCA claims. At the close of this

60-day abeyance period, Plaintiffs may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions regarding the FTCA claims.

3. The Individual Defendants oppose a stay of the claims brought against them, leaving open the possibility that the case will proceed piecemeal. But a modest deferral of a ruling on all pending motions would not materially prejudice the Individual Defendants and would conserve judicial resources. Moreover, a settlement with the United States on the FTCA claims may increase the prospect of resolving the claims against the Individual Defendants. In particular, Plaintiffs expect that the United States would insist that any settlement involve dismissal of the claims against the Individual Defendants, as has been the Justice Department's normal course in cases involving both FTCA and *Bivens* claims against individual defendants. Plaintiffs therefore respectfully request that the Court exercise its "discretionary power" to control the disposition of the cases on its docket and hold in abeyance all pending motions, proceedings and deadlines. *Lockyer* v. *Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citation omitted); *Landis* v. *N. Am. Co.*, 299 U.S. 248, 254 (1936).

Plaintiffs accordingly request that the Court hold all of the pending motions to dismiss in abeyance for a period of sixty (60) days.

Dated this 20th day of May, 2021.

By: /s/ *Jacqueline P. Rubin*

| | |
|---|---|
| Jacqueline P. Rubin | Lee Gelernt |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Geoffrey R. Chepiga | Anand Balakrishnan |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Steven C. Herzog | Daniel A. Galindo |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Hallie S. Goldblatt | AMERICAN CIVIL LIBERTIES |
| (admitted *pro hac vice*) | UNION FOUNDATION |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br>jrubin@paulweiss.com<br><br>Alexander A. Reinert<br>(admitted *pro hac vice*)<br>55 Fifth Avenue, Room 1005<br>New York, NY 10003<br>(646) 592-6543 | IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2660<br><br>Stephen Kang<br>(admitted *pro hac vice*)<br>Spencer Amdur<br>(admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>(917) 620-3555<br><br>Christine Keeyeh Wee<br>ACLU FOUNDATION OF ARIZONA<br>P.O. Box 17148<br>Phoenix, AZ 85011<br>(602) 650-1854<br><br>*Attorneys for Plaintiffs A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*<br><br>/s/ *Philip D. MacWilliams*<br>PHILIP D. MACWILLIAMS<br><br>*Attorney for the United States of America*<br><br>May 20, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021 I caused the attached document to be electronically transmitted to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/ Jacqueline P. Rubin*
Jacqueline P. Rubin