# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al., <br><br> Plaintiffs, <br><br> - v - <br><br> Jefferson Beauregard Sessions III, et al., <br><br> Defendants. | No. CV-19-00481-TUC-JCH <br><br> **[PROPOSED] ORDER GRANTING MOTION TO HOLD ACTION IN ABEYANCE** <br><br> **(First Request)** |

The Court, having reviewed Plaintiffs' request to hold Defendants' pending motions to dismiss and all associated proceedings and case deadlines in abeyance,

IT IS HEREBY ORDERED that an abeyance of this action is GRANTED as follows:

This action is to be held in abeyance for a period of sixty (60) days, at which time Plaintiffs will advise the Court whether an additional abeyance is sought.