# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J., <br><br>      Plaintiff, <br><br> v. <br><br> United States of America, <br><br>      Defendant. | No. CV-21-00215-PHX-SMB <br><br> **ORDER** |

The Court having considered the Parties' Second Joint Motion to Stay Proceedings (Doc. 32),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  This action is to be held in in abeyance for a period of sixty (60) days, until **September 17, 2021**, at which time the parties will advise the Court whether an additional abeyance is sought.

**IT IS FURTHER ORDERED** that Plaintiffs will have sixty (60) days from the date the abeyance is lifted to respond to Defendant's Motion to Dismiss.

Dated this 16th day of July, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge