Jacqueline P. Rubin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jrubin@paulweiss.com

Lee Gelernt (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorneys for Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al., <br><br> Plaintiffs, <br><br> - v - <br><br> Jefferson Beauregard Sessions III, et al., <br><br> Defendants. | No. CV-19-00481-TUC-JCH <br><br> **MOTION TO LIFT ABEYANCE** |

Plaintiffs respectfully submit this motion to lift the Order to hold this action in abeyance that this Court issued on November 19, 2021. (Dkt. 73). In total, this action has been held in abeyance since June 1, 2021, to facilitate settlement discussions between Plaintiffs and the United States. Those settlement discussions have reached an impasse, and Plaintiffs accordingly respectfully request that this Court lift the abeyance. The United States and the Individual Defendants consent to this request.

Dated this 16th day of December, 2021.

By: /s/ *Jacqueline P. Rubin*

Jacqueline P. Rubin
(admitted *pro hac vice*)
Geoffrey R. Chepiga
(admitted *pro hac vice*)
Steven C. Herzog
(admitted *pro hac vice*)

Lee Gelernt
(admitted *pro hac vice*)
Anand Balakrishnan
(admitted *pro hac vice*)
Daniel A. Galindo
(admitted *pro hac vice*)

| | |
|---|---|
| Hallie S. Goldblatt<br>(admitted *pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br>jrubin@paulweiss.com<br><br>Alexander A. Reinert<br>(admitted *pro hac vice*)<br>55 Fifth Avenue, Room 1005<br>New York, NY 10003<br>(646) 592-6543 | AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2660<br><br>Stephen Kang<br>(admitted *pro hac vice*)<br>Spencer Amdur<br>(admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>(917) 620-3555<br><br>Christine Keeyeh Wee<br>ACLU FOUNDATION OF ARIZONA<br>P.O. Box 17148<br>Phoenix, AZ 85011<br>(602) 650-1854<br><br>*Attorneys for Plaintiffs A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*<br><br><br>December 16, 2021 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021 I caused the attached document to be electronically transmitted to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Jacqueline P. Rubin*
Jacqueline P. Rubin