**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.I.I.L., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　- v -<br><br>Jefferson Beauregard Sessions III, et al.,<br><br>　　　　　　Defendants. | No. CV-19-00481-TUC-JCH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO LIFT ABEYANCE** |

The Court, having reviewed Plaintiffs' motion to lift the abeyance in this action,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED as follows:

The Order to hold this action in abeyance that this Court issued on November 19, 2021 (Dkt. 73) is lifted, and this action will no longer be held in abeyance.