**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

A.I.I.L., et al.,

        Plaintiffs,

v.

Jefferson Beauregard Sessions, III, et al.,

        Defendants.

No. CV-19-00481-TUC-JCH

**ORDER**

        Pending before the Court is Plaintiffs' Motion to Lift Abeyance. (Doc. 74.) This matter has been stayed since June 1, 2021, pending settlement negotiations between Plaintiffs and the United States Defendant. (*See* Doc. 66; Doc. 69; Doc. 73.) Most recently, on November 19, 2021, this Court granted Plaintiffs' Third Motion to Hold Action in Abeyance (Doc. 70), stayed the matter for a period of sixty days, and set a status conference for January 11, 2022 to discuss the status of the case and settlement negotiations. (*See* Doc. 73). Plaintiffs now indicate that settlement discussions have reached an impasse and seek to lift the abeyance. There is no objection from either the United States Defendant or the Individual Defendants. Good cause appearing,

        **IT IS ORDERED GRANTING** Plaintiffs' Motion to Lift Abeyance (Doc. 74). This matter is no longer stayed.

        **IT IS FURTHER ORDERED VACATING** the Status Conference set on Tuesday, January 11, 2022 at 11:30 a.m. (MST).

        Dated this 7th day of January, 2022.

Honorable John C. Hinderaker
United States District Judge