BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendants. | Case No. 4:19-cv-00481-SHR<br><br>**NOTICE OF APPEARANCE** |

1  Undersigned counsel, Walter E. Parker IV, hereby enters his appearance on behalf of
2  Defendant, the United States of America, as counsel of record in this action.

                                          *s/*
                                          WALTER E. PARKER IV
                                          Attorney for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/*
WALTER E. PARKER IV
Attorney for United States of America