WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al., | No. CV-19-00481-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Jefferson Beauregard Sessions, III, et al., | |
| Defendants. | |

Defendant United States has requested an extension of time to file both its response to Plaintiffs' supplemental brief on transfer of venue (Doc. 78) and its Answer to the Plaintiffs' First Amended Complaint ("FAC") (Doc. 41). Specifically, the United States requests an extension of seven (7) days to file its response to Plaintiffs' supplemental brief regarding venue, and fourteen days (14) days to file its Answer to the FAC. Plaintiffs do not object. Good cause appearing,

**IT IS ORDERED GRANTING** the Defendant United States' Unopposed Motion for Extension of Time to File Response to Supplemental Brief and Answer (Doc. 83).

**IT IS FURTHER ORDERED** the United States shall file its brief in response to Plaintiffs' supplemental brief regarding venue on or before **April 22, 2022**; and the United States shall file its Answer to the First Amended Complaint on or before **April 28, 2022**.

Dated this 13th day of April, 2022.

Honorable John C. Hinderaker
United States District Judge