Lee Gelernt (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Jacqueline P. Rubin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jrubin@paulweiss.com

Attorneys for Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, | Case No. 4:19-cv-00481-JCH<br><br>**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

| | |
|---|---|
| B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F., | |
| Plaintiffs, | |
| v. | |
| Jefferson Beauregard Sessions III, et al., | |
| Defendants. | |

The parties jointly move for entry of a protective order (filed together with this motion) pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to govern the disclosure, use, and handling by the parties of confidential information in this action (the "Proposed Protective Order"). As fully set forth in the Proposed Protective Order, disclosure and discovery in this action will likely involve the production of confidential, personal and private information pertaining to plaintiffs and witnesses including, but not limited to, personally identifiable information, health information, immigration-related information and other information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. Disclosure and discovery in this action will also likely involve confidential information about Defendant's law enforcement or national security staffing, resources and/or methods—the release of which to the public may adversely impact identifiable law enforcement or national security interests—as well other information in Defendant's possession that is protected or restricted from disclosure by a number of statutes and regulations, as detailed in the Proposed Protective Order. *See* Section A(2) of the Proposed Protective Order. The parties therefore agree that good cause exists for such information to be protected from unnecessary disclosure.

The Proposed Protective Order addresses the requirements of LRCiv 5.6, which states that parties are not automatically permitted to file documents under seal. *See* Section B(8) of the Proposed Protective Order.

The parties therefore request that the Court issue the parties' Proposed Protective Order accompanying this joint motion.

RESPECTFULLY SUBMITTED this 2nd day of June, 2022.

By: */s/ Jacqueline P. Rubin*

| | |
|---|---|
| Jacqueline P. Rubin<br>(admitted *pro hac vice*)<br>Geoffrey R. Chepiga<br>(admitted *pro hac vice*)<br>Steven C. Herzog<br>(admitted *pro hac vice*)<br>Hallie S. Goldblatt<br>(admitted *pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br>jrubin@paulweiss.com<br><br>Alexander A. Reinert<br>(admitted *pro hac vice*)<br>55 Fifth Avenue, Room 1005<br>New York, NY 10003<br>(646) 592-6543 | Lee Gelernt<br>(admitted *pro hac vice*)<br>Anand Balakrishnan<br>(admitted *pro hac vice*)<br>Daniel A. Galindo<br>(admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2660<br><br>Stephen Kang<br>(admitted *pro hac vice*)<br>Spencer Amdur<br>(admitted *pro hac vice*)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>(917) 620-3555<br><br>Christine Keeyeh Wee<br>ACLU FOUNDATION OF ARIZONA<br>P.O. Box 17148<br>Phoenix, AZ 85011<br>(602) 650-1854<br><br>*Attorneys for Plaintiffs A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child,* |

*K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; J.I.S., on behalf of himself and his minor child, B.L.S.P.; and J.J.P.B., on behalf of himself and his minor child, A.E.P.F.*

June 2, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

Attorneys for United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America