Jacqueline P. Rubin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jrubin@paulweiss.com

Lee Gelernt (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorneys for Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.I.I.L., et al., | No. CV-19-00481-TUC-JCH |
| Plaintiffs, | **JOINT DISCOVERY DEADLINE PROPOSAL** |
| v. | |
| Jefferson Beauregard Sessions III, et al., | |
| Defendants. | |

- 1 -

On April 24, 2023, the Court held a case management conference where the Court and the parties discussed the deadlines proposed in the Rule 26(f) report.  On April 26, 2023, the Court ordered the parties to file joint proposed deadlines for discovery.  On May 3, 2023, May 5, 2023, and May 8, 2023, the parties conferred via email regarding their positions on the discovery deadlines.  The parties respectfully submit this Joint Discovery Deadline Proposal reflecting agreement on how discovery should proceed.

**Proposed deadlines**

In order to accommodate the number of depositions, interrogatories, and requests for production ordered by the Court, the parties request that the Court approve the below schedule:

1. Completion of fact discovery and supplementation of MIDP discovery responses
    a. December 18, 2023
2. Expert disclosures under Fed. R. Civ. P. 26(a)(2)(A)-(C)
    a. Plaintiffs' expert disclosures: January 8, 2024
    b. Defendant's expert disclosures: February 9, 2024
3. Rebuttal/Supplemental expert disclosures
    a. March 11, 2024
4. Completion of Expert Depositions
    a. April 22, 2024
5. Good Faith Settlement Talks
    a. May 22, 2024 with a joint report provided to the Court five business days after the May 22 deadline (May 29, 2024)
6. Filing of Dispositive Motions
    a. June 18, 2024

Respectfully submitted this 8th day of May, 2023.

- 1 -

By: /s/ *Jacqueline P. Rubin*
    Jacqueline P. Rubin
    (admitted *pro hac vice*)
    Geoffrey R. Chepiga
    (admitted *pro hac vice*)
    Steven C. Herzog
    (admitted *pro hac vice*)
    Hallie S. Goldblatt
    (admitted *pro hac vice*)
    PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, NY 10019
    (212) 373-3000
    jrubin@paulweiss.com

    Alexander A. Reinert
    (admitted *pro hac vice*)
    55 Fifth Avenue, Room 1005
    New York, NY 10003
    (646) 592-6543

Lee Gelernt
(admitted *pro hac vice*)
Anand Balakrishnan
(admitted *pro hac vice*)
Daniel A. Galindo
(admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660

Stephen Kang
(admitted *pro hac vice*)
Spencer Amdur
(admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(917) 620-3555

Christine Keeyeh Wee
ACLU FOUNDATION OF ARIZONA
P.O. Box 17148
Phoenix, AZ 85011
(602) 650-1854

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

By: /s/ *Philip D. MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C Bar No. 482883
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

*Attorneys for the United States of America*