BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
D.C. Bar No. 482883
Trial Attorney
IRINA M. MAJUMDAR
D.C. Bar No. 252757
Trial Attorney
E-mail: irina.m.majumdar@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Washington, DC 20530
Telephone: (202) 598-5403

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; and J.I.S., on behalf of himself and his minor child, B.L.S.P.;<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case no. 4:19-cv-00481-JCH<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF J.I.S.** |

**NOTICE OF DEPOSITION**

| | | |
|---|---|---|
| **TO:** | | All Interested Parties |
| **PLACE OF DEPOSITION:** | | United States Attorney's Office for District of Arizona<br>40 N Central Ave, Suite 1800<br>Phoenix, Arizona 85004 |
| **DATE AND TIME OF DEPOSITION:** | | Tuesday, December 5, 2023, at 10:00 a.m. |
| **WITNESS TO BE DEPOSED:** | | Plaintiff J.I.S. |

Pursuant to Fed. R. Civ. P. 30(b), please take notice that defendant United States of America will take the deposition of Plaintiff J.I.S. at the above-stated place on Tuesday, December 5, 2023, at 10:00 a.m.  The deposition will be taken before a certified court reporter authorized to administer oaths and certified by law to take depositions.  The deposition will be recorded by stenographic and audiovisual means.  Should the deposition not be completed within the day, it will continue from day to day, not including weekends and holidays, until completed.

Dated: November 9, 2023

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General,
                Civil Division
                JAMES G. TOUHEY, JR.
                Director, Torts Branch

                *s/ Irina M. Majumdar*
                IRINA M. MAJUMDAR
                Trial Attorney
                D.C. Bar No. 252757
                E-mail: irina.m.majumdar@usdoj.gov
                U.S. Department of Justice
                Civil Division, Torts Branch
                Benjamin Franklin Station, P.O. Box 888
                Washington, DC 20044
                Telephone: (202) 598-5403

                *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all filing users.

                                                  s/ *Irina M. Majumdar*
                                                  IRINA M. MAJUMDAR
                                                  *Counsel for Defendant United States*