BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
D.C. Bar No. 482883
Trial Attorney
WALTER PARKER
Maryland Bar No. 9712180047
Trial Attorney
E-mail: Walter.E.Parker@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Washington, DC 20530
Telephone: (202) 616-4291

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; and J.I.S., on behalf of himself and his minor child, B.L.S.P.;<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>         Defendant. | Case no. 4:19-cv-00481-JCH<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF J.L.V.A.** |

**NOTICE OF DEPOSITION**

| | | |
|---|---|---|
| **TO:** | | All Interested Parties |
| **PLACE OF DEPOSITION:** | | United States Attorney's Office for the District of New Jersey<br>402 East State Street<br>Trenton, NJ 08609 |
| **DATE AND TIME OF DEPOSITION:** | | Wednesday, December 13, 2023, at 10:00 a.m. |
| **WITNESS TO BE DEPOSED:** | | Plaintiff J.L.V.A. |

Pursuant to Fed. R. Civ. P. 30(b), please take notice that defendant United States of America will take the deposition of Plaintiff J.L.V.A. at the above-stated place on Wednesday, December 13, 2023, at 10:00 a.m. The deposition will be taken before a certified court reporter authorized to administer oaths and certified by law to take depositions. The deposition will be recorded by stenographic and audiovisual means. Should the deposition not be completed within the day, it will continue from day to day, not including weekends and holidays, until completed.

Dated: November 9, 2023

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General,
                                          Civil Division
                                          JAMES G. TOUHEY, JR.
                                          Director, Torts Branch

                                          *s/ Walter Parker*
                                          WALTER PARKER
                                          Trial Attorney
                                          Maryland Bar No. 9712180047
                                          E-mail: Walter. E. Parker@usdoj.gov
                                          U.S. Department of Justice
                                          Civil Division, Torts Branch
                                          Benjamin Franklin Station, P.O. Box 888
                                          Washington, DC 20044
                                          Telephone: (202) 616-4291

                                          *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all filing users.

s/ *Walter Parker*
WALTER PARKER
*Counsel for Defendant United States*
