BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
D.C. Bar No. 482883
Trial Attorney
ARI NAZAROV
Connecticut Bar No. 414491
Trial Attorney
E-mail: ari.nazarov@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Washington, DC 20530
Telephone: (202) 616-4162

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; and J.I.S., on behalf of himself and his minor child, B.L.S.P.;<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | Case no. 4:19-cv-00481-JCH<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF A.I.I.L.** |

**NOTICE OF DEPOSITION**

| | | |
|---|---|---|
| 1 | **TO:** | All Interested Parties |
| 2 | **PLACE OF DEPOSITION:** | United States Attorney's Office for the Southern District of Florida |
| 3 | | 500 S. Australian Ave, Suite 400, West Palm Beach, FL 33401. |
| 5 | **DATE AND TIME OF DEPOSITION:** | Wednesday, November 29, 2023, at 10:00 a.m. |
| 6-7 | **WITNESS TO BE DEPOSED:** | Plaintiff A.I.I.L. |

Pursuant to Fed. R. Civ. P. 30(b), please take notice that defendant United States of America will take the deposition of Plaintiff A.I.I.L. at the above-stated place on Wednesday, November 29, 2023, at 10:00 a.m. The deposition will be taken before a certified court reporter authorized to administer oaths and certified by law to take depositions. The deposition will be recorded by stenographic and audiovisual means. Should the deposition not be completed within the day, it will continue from day to day, not including weekends and holidays, until completed.

Dated: November 9, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General,
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Ari Nazarov*
ARI NAZAROV
Trial Attorney
Connecticut Bar No. 414491
E-mail: Ari.nazarov@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4162

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all filing users.

s/ *Ari Nazarov*
ARI NAZAROV
*Counsel for Defendant United States*
