IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | No. CV-19-00481-TUC-JCH<br><br>**ORDER** |

Before the Court is Plaintiffs' "Unopposed Motion for Court Approval of Settlement of Minors' Claims" (Doc. 133), to which Defendant has no objection. The Court has reviewed Plaintiffs' Memorandum of Points and Authorities and the attached proposed settlement agreements. *Id.* Upon consideration, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Court approves the Settlements of minors J.A.H.I., M.E.H.I., D.S.V.H., and B.L.S.P.'s claims in this Lawsuit.
2. The Court approves the allocation of the Settlement proceeds as follows:

| Plaintiff | Settlement Share |
|---|---|
| A.I.I.L. | $131,666.66 |
| J.A.H.I. | $131,666.67 |
| M.E.H.I. | $131,666.67 |
| J.L.V.A. | $137,500.00 |

| | |
|---|---|
| D.S.V.H. | $137,500.00 |
| J.I.S. | $97,500.00 |
| B.L.S.P. | $97,500.00 |

3. The Court approves placement of J.A.H.I., M.E.H.I., D.S.V.H., and B.L.S.P.'s portions of the Settlement into pooled minors' trusts operated by Legacy Enhancement until they reach the age of 21.

4. Plaintiffs' counsel shall coordinate with A.I.I.L., J.L.V.A., J.I.S., and Legacy Enhancement Trust for the execution of all necessary paperwork and the funding of the pooled minors' trusts on behalf of J.A.H.I., M.E.H.I., D.S.V.H., and B.L.S.P. and shall report back to the Court once funding is completed.

Dated this 11th day of March, 2024.

_____
John C. Hinderaker
United States District Judge