Jacqueline P. Rubin (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jrubin@paulweiss.com

Lee Gelernt (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorneys for Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., on behalf of herself and her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on behalf of herself and her minor child, K.E.O.H.; J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; and J.I.S., on behalf of himself and his minor child, B.L.S.P.;<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | **No. CV-19-00481-TUC-JCH**<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Pursuant to the Court's January 16, 2024 order (ECF No. 130) ("Order"), Plaintiffs A.I.I.L., on her own behalf and on behalf of her minor children, J.A.H.I. and M.E.H.I.; L.L.H.O., on her own behalf and on behalf of her then-minor child K.E.O.H.;

Doc#: US1:19257671v4

J.L.V.A., on behalf of himself and his minor child, D.S.V.H.; and J.I.S., on behalf of himself and his minor child, B.L.S.P. (collectively, "Plaintiffs"), and Defendant United States of America respectfully submit this Joint Status Report to "apprise the Court of the progress of the pending settlements."

Since the date of the Order, Plaintiffs moved for approval of the settlements of minors J.A.H.I., M.E.H.I., D.S.V.H., and B.L.S.P.'s claims in the litigation. ECF No. 133. The Court approved those settlements on March 12, 2024. ECF No. 134. Now that the Court has approved the settlements on behalf of the minor plaintiffs, the parties can continue to move forward with satisfying the additional conditions under the settlement agreements, including the process to obtain final authorization from the Attorney General or his designee and obtaining the necessary signatures from the Plaintiffs.

The parties are working diligently towards finalizing the settlements, and request that the Court set a date for a further joint status report in another 60 days, to the extent these matters are not fully resolved by then.

Doc#: US1:19257671v4

Respectfully submitted this day: March 18, 2024.

By: /s/ *Jacqueline P. Rubin*

| | |
|---|---|
| Jacqueline P. Rubin | Lee Gelernt |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Geoffrey R. Chepiga | Anand Balakrishnan |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Steven C. Herzog | Daniel A. Galindo |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Hallie S. Goldblatt | AMERICAN CIVIL LIBERTIES |
| (admitted *pro hac vice*) | UNION FOUNDATION |
| PAUL, WEISS, RIFKIND, | IMMIGRANTS' RIGHTS PROJECT |
| WHARTON & GARRISON LLP | 125 Broad Street, 18th Floor |
| 1285 Avenue of the Americas | New York, NY 10004 |
| New York, NY 10019 | (212) 549-2660 |
| (212) 373-3000 | |
| jrubin@paulweiss.com | |
| | Stephen Kang |
| Alexander A. Reinert | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Spencer Amdur |
| 55 Fifth Avenue, Room 1005 | (admitted *pro hac vice*) |
| New York, NY 10003 | AMERICAN CIVIL LIBERTIES |
| (646) 592-6543 | UNION FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| | 425 California Street, 7th Floor |
| | San Francisco, CA 94104 |
| | (917) 620-3555 |
| | |
| | Christine Keeyeh Wee |
| | ACLU FOUNDATION OF ARIZONA |
| | P.O. Box 17148 |
| | Phoenix, AZ 85011 |
| | (602) 650-1854 |
| | |
| | *Attorneys for Plaintiffs* |

**DEFENDANT UNITED STATES OF AMERICA**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

- 3 -

Doc#: US1:19257671v4

By:    */s/ Philip D. MacWilliams*
       PHILIP D. MACWILLIAMS
       Trial Attorney
       D.C Bar No. 482883
       E-mail: phil.macwilliams@usdoj.gov
       U.S. Department of Justice
       Civil Division, Torts Branch
       Benjamin Franklin Station
       P.O. Box 888
       Washington, DC 20044
       Telephone: (202) 616-4285

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I, Jacqueline P. Rubin, an attorney, certify that on this 18th day of March, 2024, I caused a copy of the foregoing to be filed with the electronic filing system of the District of Arizona, which will automatically serve all counsel of record.

                                                       /s/ *Jacqueline P. Rubin*

Doc#: US1:19257671v4