IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.I.I.L., et al., | No. CV-19-00481-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

On March 18, 2024, the parties filed a Joint Status Report. The parties report working toward finalizing the settlements and the parties need time to satisfy "additional conditions under the settlement agreements, including the process to obtain final authorization from the Attorney General or his designee and obtaining the necessary signatures from the Plaintiffs." Accordingly,

**IT IS HEREBY ORDERED directing** the parties to submit a joint status report in 60 days informing the Court of any outstanding conditions under the settlement agreements.

Dated this 19th day of March, 2024.

John C. Hinderaker
United States District Judge